THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNO-KING WATERSHED COUNCIL, *et al.*,<br><br>            Plaintiffs,<br>      v.<br><br>SNOHOMISH COUNTY,<br><br>            Defendant. | CASE NO. C16-0318-JCC<br><br>ORDER TERMINATING<br>CONSENT DECREE |

This matter comes before the Court on the parties' motion (Dkt. No. 15) for an order to terminate the consent decree (Dkt. No. 13). Based on the facts stipulated by Plaintiffs and Defendant, the Court GRANTS the motion to terminate the consent decree entered November 9, 2016.

DATED this 25th day of July 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE